47 So.3d 933 (2010)
ATLANTIC USA, INC., Appellant,
v.
Johnny O. LOPEZ, et al., Appellees.
No. 3D09-3219.
District Court of Appeal of Florida, Third District.
November 10, 2010.
Murai, Wald, Biondo & Moreno, Allen P. Pegg, Gerald B. Wald, and Javier A. Reyes, Miami, for appellant.
Shubin & Bass, John K. Shubin, and Lucinda A. Hofmann, Miami, for appellee, Johnny and Elizabeth Lopez; Weiss Serota Helfman Pastoriza Cole & Boniske, Stephen J. Helfman, and Laura K. Wendell, Miami, for appellee, Village of Key Biscayne.
Before GERSTEN and SUAREZ, JJ., and SCHWARTZ, Senior Judge.
PER CURIAM.
Affirmed. See Dep't of Envtl. Prot. v. PZ Constr. Co., 633 So.2d 76 (Fla. 3d DCA 1994).